UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:09-cr-143 |
| vs. | ) | |
| | ) | DISTRICT JUDGE COLLIER |
| MICHAEL LOVE | ) | MAGISTRATE JUDGE LEE |

## MEMORANDUM & ORDER

     The defendant, MICHAEL LOVE, appeared for a hearing before the undersigned on October 6, 2009 and October 9, 2009, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Chris Poole for the USA.
(2) The defendant, Michael Love.
(3) Attorney Curtis Bowe for defendant.
(4) Supervising U.S. Probation Officer Janet Landers.
(5) Courtroom Deputy Kelli Jones.

     After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

     The Petition for Action on Conditions of Pretrial Release alleges the defendant violated the conditions of his release by his being terminated by MARRS due to an uncontrollable outburst on October 5, 2009, however, the Court finds there is a condition of inpatient treatment at CADAS and thereafter a halfway house that can be imposed. The Court will therefore DISMISS the Petition for Action on Conditions of Pretrial Release, WITHDRAW the warrant for arrest, and allow the defendant to remain on the same bond under the conditions of the Modified Order Setting Conditions of Release signed and entered on October 9, 2009.

     SO ORDERED.

     ENTER.

Dated: October 9, 2009 *nunc pro tunc*      s/William B. Mitchell Carter
                                                              UNITED STATES MAGISTRATE JUDGE