UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-cr-143 |
| vs. | ) | |
| | ) | |
| MICHAEL LOVE | ) | COLLIER/LEE |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on January 4, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The defendant, Michael Love.
(3) Attorney Curtis Bowe for defendant.
(4) U.S. Probation Officer Michael Stuart.
(5) Courtroom Deputy Russell Eslinger.
(6) Court Reporter Elizabeth Coffey.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Jay Woods called U.S. Probation Officer Michael Stuart, who testified that the defendant had consumed two alcoholic beverages at a local restaurant. This conduct resulted in his termination from CADAS. Based on the defendant's termination from CADAS for consuming alcohol, I conclude the defendant has failed to abide by his conditions of release and that he is therefore a danger to the community. Defendant Michael Love must be DETAINED WITHOUT BOND.

SO ORDERED.

ENTER.

Dated: January 4, 2010          s/William B. Mitchell Carter
                                UNITED STATES MAGISTRATE JUDGE